# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| PORTAL COMMUNICATIONS, LLC, § § | |
| Plaintiff, § § | CIVIL ACTION NO. 2:18-CV-00061-RWS |
| v. § § | |
| APPLE, INC., § § | |
| Defendant. § § | |

## FINAL JUDGMENT

The above-entitled civil action has come before the Court for consideration, and a decision having been duly rendered as to all claims,

**IT IS HEREBY ORDERED** that the above-entitled and numbered cause of action is **DISMISSED WITHOUT PREJUDICE**.

All motions by either party not previously ruled on are hereby **DENIED**.

The Clerk of the Court is directed to close the case.

**SIGNED this 13th day of March, 2018.**

*Robert W. Schroeder III*
ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE